No. 812. W. G. Welles et al., Plaintiffs in Error, *v.* George E. Bryant. In error to the Supreme Court of the State of Florida. Motion to dismiss or affirm and for damages submitted May 17, 1915. Decided June 1, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Thomas* v. *Iowa,* 209 U. S. 258; *Mallers* v. *Commercial Loan & Trust Co.,* 216 U. S. 613; *Appleby* v. *Buffalo,* 221 U. S. 524, 529; *Cleveland & Pittsburgh R. R.* v. *Cleveland,* 235 U. S. 50, 53. *Mr. Benjamin Micou* for the plaintiffs in error. *Mr. N. B. K. Pettingill* and *Mr. M. B. Macfarlane* for the defendant in error.

---

No. 329. The American Well Works Co., Appellant, *v.* Layne & Bowler Co. et al. Appeal from the District Court of the United States for the Eastern District of Arkansas. Motion to dismiss submitted May 10, 1915. Decided June 1, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Bevins* v. *Ramsey,* 11 How. 185; *Deland* v. *Platte County,* 155 U. S. 221; *Behn* v. *Campbell,* 205 U. S. 403, 407. *Mr. Frank Andrews* and *Mr. J. M. Moore* for the appellees. No brief filed for the appellant.